**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

**ASHLEY ATKINS,**

    **Plaintiff,**

**v.**                                **Case No.  3:26-cv-735-TKW-ZCB**

**WALMART, et al.,**

    **Defendants.**

_____/

## ORDER

This case is before the Court based on the magistrate judge's Report and Recommendation (R&R) (Doc. 14) and Plaintiff's objections (Doc. 15).  The Court reviewed the issues raised in the objections de novo under 28 U.S.C. §636(b)(1) and Fed. R. Civ. P. 72(b)(3), and based on that review, the Court agrees with the magistrate judge's determination that the federal claims asserted by Plaintiff do not state a plausible claim for relief and that the Court should not exercise supplemental jurisdiction over the state law claims.

The Court did not overlook Plaintiff's motion for leave to file an amended complaint (Doc. 17), but Plaintiff has already been afforded multiple opportunities to file a legally sufficient complaint and leave to amend can be denied when further amendment would be futile.  "Leave to amend a complaint is futile when the complaint as amended would still be properly dismissed or be immediately subject

to summary judgment for the defendant." *Cockrell v. Sparks*, 510 F.3d 1307, 1310 (11th Cir. 2007). That is the case here because the proposed fourth amended complaint attached to the motion (Doc. 17-1) would be subject to dismissal for essentially the same reasons that the R&R recommended dismissal of the third amended complaint.

Accordingly, it is **ORDERED** that:

1. The magistrate judge's R&R is adopted and incorporated by reference in this Order.

2. The federal claims are **DISMISSED with prejudice** under 28 U.S.C. §1915(e)(2)(B)(ii) for failure to state a claim upon which relief can be granted.

3. The state law claims are **DISMISSED without prejudice** under 28 U.S.C. §1367(c)(3).

4. Plaintiff's motion for leave to file a fourth amended complaint (Doc. 17) is **DENIED**.

5. Plaintiff's motion for leave to exceed page limits (Doc. 16) is **DENIED as MOOT**.

6. The Clerk shall enter judgment in accordance with this Order and close the case file.

**DONE AND ORDERED** this 27th day of March, 2026.

_____
**T. KENT WETHERELL, II
UNITED STATES DISTRICT JUDGE**